**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CABLE SYSTEM INSTALLATIONS CORP. AND WIND TURBINE AND ENERGY CABLES CORP.

Plaintiffs.

- against -

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS. LOCAL UNION NO. 351, IBEW LOCAL 351 WELFARE, PENSION, ANNUITY AND JOINT APPRENTICESHIP FUNDS AND THE BOARD OF TRUSTEES, AND THE IBEW LOCAL 351 DISTRIBUTION FUND (For Itself and as Collection Agent for the National Electrical Benefit Fund,

Defendants.

No. 12-cv-7407 (JHR-KMW)
[Consolidated]

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned attorneys, that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the above-captioned action be dismissed, with prejudice and on the merits in accordance with the terms of the parties' Settlement Agreement without costs to either party. The Court shall retain jurisdiction to resolve any dispute arising under the Settlement Agreement between the parties in accordance with the terms set forth therein.

Dated: May ___, 2019

O'BRIEN, BELLAND & BUSHINSKY

By: ______________________
Mark Belland, Esq.
15326 Berlin Road
Cherry Hill, New Jersey 08003
(212) 943-9080

*Attorney for Defendants*

KELLEY DRYE & WARREN LLP

By: ______________________
Mark A. Konkel, Esq.
101 Park Avenue
New York, New York 10178
(212) 808-7800

*Attorneys for Plaintiffs*

SO ORDERED:

______________________

U.S.D.J.



4837-0936-9234v.4